**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

**MID-STATE AUTOMOTIVE, INC.,
RODNEY LEROSE II, JONATHAN
LEROSE, MID-STATE PROPERTIES,
LLC, and MID-STATE FORD, LLC,**

    **Plaintiffs,**

v.　　　　　　　　　　　　　　　　　Civil Action No. 2:19-cv-00407
　　　　　　　　　　　　　　　　　　Honorable Joseph R. Goodwin, Judge

**HARCO NATIONAL INSURANCE CO.,**

    **Defendant.**

**DISMISSAL ORDER**

    On this day came the parties, by counsel, and represented to the Court that all matters in controversy between the parties have been fully resolved, and moved this Court to dismiss all claims arising from this action, with prejudice to the parties.

    There being no objection to the parties' motion, and the Court perceiving of none, it is accordingly ordered that this action be, and the same hereby is, dismissed with prejudice to the parties, and is retired from the docket of this Court, with each party to pay their own respective costs, legal fees, and expenses.

    ENTERED this 20th day of May 2020.

                                                   JOSEPH R. GOODWIN
                                                   UNITED STATES DISTRICT JUDGE

Prepared by:

/s/ William R. Slicer

Shuman, McCuskey & Slicer, PLLC
William R. Slicer, Esquire (WVBN 5177)
Anthony E. Nortz, Esquire (WVBN 12944)
1411 Virginia Street, East, Suite 200
Charleston, WV 25301
Tel: 304-345-1400
Fax: 304-343-1826
wslicer@shumanlaw.com
anortz@shumanlaw.com

Kristin A. Heres, Esq. (*Pro Hac Vice*)
Paul T. Sullivan, Esq. (*Pro Hac Vice*)
Zelle LLP
161 Worcester Road, Suite 502
Framingham, MA 01701
Tel: 781-466-0700
Fax: 781-466-0701
kheres@zelle.com
psullivan@zelle.com

Approved by:

/s/ Scott S. Blass

Scott S. Blass, Esq.
BORDAS & BORDAS, PLLC
1358 National Road
Wheeling, WV 26003
SBlass@Bordaslaw.com

/s/ J. Timothy DiPiero

J. Timothy DiPiero, Esq.
Lonnie C. Simmons, Esq.
Robert M. Bastress, III, Esq.
DIPIERO SIMMONS MCGINLEY & BASTRESS, PLLC
604 Virginia Street, East
Charleston, WV 25301
tdipiero@dbdlaw1.com
Lonnie.Simmons@dbdlawfirm.com
Rob.Bastress@dbdlawfirm.com